September 25, 2025

TO: THE CLERK OF THE
FIFTEENTH COURT OF APPEALS
P.O. BOX 12852
AUSTIN, TEXAS 78711

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

OCT 06 2025

CHRISTOPHER A. PRINE
CLERK

RE: Brickley v. Walton Court of Appeals Number: 15-25-00118-CV:
Trial Court Case Number: DC-24-55842

Dear Sir or Madaam,

I am writing to you to inform your office of an error in the spelling of the name of the DEFENDANT, Nicholas Walton. It has come to my attention only in the most recent letter I have recieved from your office; where defendant's name appeared as Watson. This is incorrect. The name associated is WALTON. After noticing the mistake, i was prompted to review each of this Court's letters, and in fact, each of the letters have the same mistake.

I ask that the mistake be corrected moving forward to avoid any claim of error after this Court renders a decision on the case, or any delay for similar reasons.

Thank you very much for your attention to this matter.

Sincerly,

25 Sep 2025

JAMES BRICKLEY
Appellant
3201 FM 929
Gatesville, Texas 76597

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to the opposing party by and through my agent with instruction to send via certified mail return reciept requested on September 25,2025.

Executed on the 25th of September 2025.

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

· ABIGAIL K. CARTER, ASST. ATTNY. GEN.
LAW ENFORCEMENT DEFENSE DIVISION
POST OFFICE BOX 12548
AUSTIN, TEXAS 78711

ENC: Letter to the Clerk of the Court



JULIA KOLUGRA~
335 JIM BELL ROAD
CAMPTI, LA 71411

7021 0950 0000 2078 9938

Office of Attorney General
Abigal K. Carter
P.O.Box 12548
Austin, Texas 78711

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____   ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ lail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Att. Gen.
Abigal K. Carter
P.O.Box 12548
Austin, Texas 78711

9590 9402 8954 4064 6209 58

2. Article Number (Transfer from service label)
7021 0950 0000 2078 9938

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

To: CLERK OF                                                    October 2, 2025
    15th Court of Appeals
    P. O. BOX 12852
    Austin, TEXAS  78711


RE:  BRICKLEY v. WALTON: Court of Appeals NO: 15-25-00118-CV;  Trial Court Case NO:
DC-24-55842,
"ERROR IN THE SPELLING OF THE NAME OF THE DEFENDANT, NICHOLAS WALTON"



I am sending an extra copy of the following documents "ERROR IN THE SPELLING OF THE
NAME OF THE DEFENDANT, NICHOLAS WALTON"
listed above  dated September 25, 2025 to be filed stamped and returned in the postage
paid and addressed envelope to the address listed below.



Respectfully,
Julia Rodgers Blackmon
Agent for
James Brickley
#2289486
3201 FM 929
Gatesville, Texas  76597

DGERS-BLACKMON
IM BELL ROAD
MPTI, LA  71411

CERTIFIED MAIL

7021 0950 0000 2078 9945

Retail





78711

RDC 99

U.S. POSTAGE PAID
FCM LETTER
CAMPTI, LA 71411
OCT 02, 2025

$11.06

S2324P500108-12

RECEIVED IN
15th COURT OF APPEALS
AUSTIN TEXAS

OCT 06 2025

CHRISTOPHER A. PRINE
CLERK

Clerk of the
15th Court of Appeals
P.O. Box 12852
Austin, Texas  78711